AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Reginald Brown | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   4:16-cv-3898-PMD |
| | ) | |
| Bryan P. Stirling, David Tartasky, M. Boykin, Nikkie Haley | ) | |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other:  It is hereby ordered that the Complaint in the above-captioned case be summarily dismissed without prejudice and without issuance and service of process upon the defendants.

This action was *(check one)*:
☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Patrick Michael Duffy, Senior United States District Judge, presiding, adopting Magistrate Judge Thomas E. Roger's Report and Recommendation.

Date:   February 16, 2017                                                 *CLERK OF COURT*

                                                                          s/Elena Graham
                                                                          *Signature of Clerk or Deputy Clerk*